**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, ) <br> ) <br>                               Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FIRST AMERICAN TITLE INSURANCE CO., ) <br> ) <br>                               Defendant. ) | Case No. 2:13-cv-01270-APG-PAL <br><br> **<u>ORDER</u>** |

This matter is before the court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (Dkt. #1) in this matter was filed July 18, 2013. No Answer has been filed. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Plaintiff has failed to comply. Accordingly,

**IT IS ORDERED** Plaintiff shall file its Certificate as to Interested Parties, which fully complies with LR 7.1-1 **no later than 4:00 p.m., August 19, 2013.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

Dated this 5th day of August, 2013.

_____
Peggy A. Leen
United States Magistrate Judge